THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERRITT B. SCHUYLER, Appellant, against MILTON KLEIN, as Warden of New York City Penitentiary, Rikers Island, Respondent.

Submitted February 20, 1950; decided February 23, 1950.

*Merritt B. Schuyler,* in person, for motion.

*Frank S. Hogan, District Attorney (Jack M. Cotton* and *Charles W. Manning* of counsel), for respondent.

Motion for leave to appeal dismissed. (See Civ. Prac. Act, § 592, subd. 3.)